## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Raymond P. Moore

Civil Action No. 14-cv-02911-RM-NYW

REBECCA HOPE

    Plaintiff,

v.

W SPUR PRODUCTIONS, LLC, a Colorado company, d/b/a WILD WEST MAZE, or WILD WEST CORN MAZE; KEVIN WILLARD, individually· and HEATHER WILLARD, individually,

    Defendants.

___

### ORDER FOR DISMISSAL WITH PREJUDICE
___

THIS MATTER having come on to be heard upon the written Stipulation for Dismissal with Prejudice [ECF No. 19] of Plaintiff's Complaint, the Court having considered the Stipulation and the record herein;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff's Complaint be dismissed with prejudice, each party to pay her, his or its own costs and attorneys' fees.

DATED this 2nd day of September, 2015.

                                            BY THE COURT:

                                            RAYMOND P. MOORE
                                            United States District Judge